**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 26-cv-22685-BLOOM**

LIAT MESUDI AVITAL,

     Petitioner,

v.

WARDEN, Broward Transitional Center; GARRETT
J. RIPA, Director of Miami Field Office, U.S. Immigration
and Customs Enforcement; TODD LYONS, Acting Director
of U.S. Immigration and Customs Enforcement, in his
official capacity; MARKWAYNE MULLIN, Secretary of
the U.S. Department of Homeland Security; and TODD
BLANCHE, Attorney General of the United States,
in their official capacities.

     Respondents.

_____/

**ORDER ON PETITION FOR WRIT OF HABEAS CORPUS AND MOTION FOR**
**TEMPORARY RESTRAINING ORDER**

**THIS CAUSE** is before the Court upon Petitioner Liat Mesudi Avital's ("Petitioner")

Emergency Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 and the Suspension

Clause with Request for Immediate Release or, in the Alternative, Emergency Bond Hearing

("Petition"), ECF No. [1]. Also before the Court is Petitioner's Application for *Ex Parte*

Temporary Restraining Order ("TRO Motion"), ECF No. [3]. The Court ordered Respondents to

show cause why the Petition and TRO Motion should not be granted. ECF No. [4]. On April 21,

2026, Respondents filed their Response, indicating that Petitioner was released from immigration

detention at Broward Transitional Center on April 20, 2026. ECF No. [6] at 2. In light of

Petitioner's release from custody, her Petition and associated TRO Motion have been rendered

moot. *See, e.g.*, *Soliman v. U.S. ex rel. INS*, 296 F.3d 1237, 1243 (11th Cir. 2002); *Djadju v. Vega*,

32 F.4th 1102, 1107 (11th Cir. 2022).

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.  Petitioner's Petition, **ECF No. [1]**, is **DISMISSED AS MOOT**.

2.  Petitioner TRO Motion, **ECF No. [3]**, is **DENIED AS MOOT**.

3.  The Clerk of Court shall **CLOSE** this case.

4.  To the extent not otherwise disposed of, any scheduled hearings are **CANCELED**, all pending motions are **DENIED AS MOOT**, and all deadlines are **TERMINATED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, on May 4, 2026.

_____

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

2